(Stephen M. Yeager, Esq.)
(Kent W. Seifried, Esq.)
Attorneys for defendant Hudepohl Construction Company

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WEST DIVISION
CINCINNATI, OHIO

ROY A. KEMPF, et al.                          Case No. C-1-00-0144

          Please take notice that Defendant Hudepohl Construction hereby withdraws its
                    Plaintiffs,
previously filed motion to dismiss for want of prosecution in the above-captioned matter.
v.

                                        Respectfully submitted,
                                        NOTICE OF WITHDRAWAL OF
CINCINNATI INSURANCE COMPANY,            DEFENDANT HUDEPOHL
   et al.                               /s/ Stephen M. Yeager CONSTRUCTION'S MOTION TO
                                        Stephen M. Yeager (0011841) DISMISS FOR WANT OF
          Defendants.                   Patsfall, Yeager & Pflum, LLC PROSECUTION
                                        One West Fourth Street, Suite 180
                                        Cincinnati, Ohio 45202
                                        (513) 721-4500
                                        Attorney for defendant Hudepohl
                                        Construction Company

CERTIFICATE OF SERVICE

          I hereby certify that on the 17th day of March, 2004 the foregoing was filed
electronically with the Clerk of Court using the CM/ECFF system which will send
notification to the following: Mark A. Anthony, Esq., 7970 Clyo Road, Centerville, Ohio
45459 and Kent W. Seifried, Esq., Poston, Seifried & Schloemer, The Fifth Street
Center, 525 West Fifth Street, Suite 318, Covington, Kentucky 41011.


                              /s/ Stephen M. Yeager
                              Stephen M. Yeager          (0011841